AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:19mj 219 | Date and time warrant executed:<br>04/16/19  8:15am | Copy of warrant and inventory left with:<br>Ebony Bailey |
| Inventory made in the presence of :<br>TFO Patrick Bell | | |
| Inventory of the property taken and name of any person(s) seized: | | |

See attached receipt for property seized.

*FILED*
*RICHARD W NAGEL*
*CLERK OF COURT*
2019 MAY 29  PM 2:38
U.S. DISTRICT COURT
SOUTHERN DIST OHIO

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  04/16/19

_____
Robert M. Buzzard
*Executing officer's signature*

_____
Special Agent FBI
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>105 Blazing Court, Riverside, Ohio 45431 | )<br>)<br>)<br>)<br>)<br>)    Case No. 3:19 mj 219 |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Southern _____ District of _____ Ohio _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____ April 28, 2019 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Michael Newman _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    4/15/19   3:10 pm

City and state:    Dayton, Ohio

_____
*Judge's signature*

Michael Newman, US Magistrate Judge
*Printed name and title*

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) __April 16, 2019__

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☑ Seized

(Name) __Ebony Bailey__

(Street Address) __105 Blazing Court__

(City) __Riverside, Ohio 45431__

Description of Item(s): ① Notebook with orders from desk in Room A (Living Room) PC/PAB
② UTILITY bills from camo coat pocket on main door in Room D (master bedroom) Graviosi/PAB
③ U.S. Currency from bed sheet in master bedroom closet (Room D)   Howard/PAB
④ U.S. Currency from middle pocket of Louis Vuitton purse in Room A (Living Room)   Eng/PAB
⑤ Misc. documents in name of Ebony Bailey from top drawer of chest in Room D (master bedroom) TMB/PA

END OF INVENTORY 4/16/19 PAB

Received By: __Patrick O. Bell__ (TFO)
(Signature)

Received From: __Ebony Bailey__
(Signature)

**Attachment A**

105 Blazing Court, Riverside, Ohio 45431 is a two-story single family residence constructed of wood siding that is off white and gray in color.  The numbers "105" appear affixed to the front of the residence directly right of the garage door.  A photo of the residence appears below.



ATTACHMENT B

I submit that there is probable cause to search for the following
items:

A.   Log books, records, payment receipts, notes, and/or customer
     lists, ledgers, and other papers or electronic records
     relating to the transportation, ordering, purchasing,
     processing, and distribution of controlled substances.

B.   Papers, tickets, notices, credit card receipts, travel
     schedules, travel receipts, passports, and/or records, and
     other items relating to domestic and foreign travel to obtain
     and distribute narcotics and narcotics proceeds, including,
     but not limited to airline receipts, vehicle rental receipts,
     credit card receipts, travel schedules, diaries, hotel
     receipts, truck logs, travel agency vouchers, notes, records
     of long distance telephone calls, e-mail and other
     correspondence.

C.   Address and/or telephone books and papers reflecting names,
     e-mail and physical addresses and/or telephone numbers of
     individuals, partnerships, or corporations involved in drug
     trafficking and money laundering.

D.   Financial records, financial statements, receipts, statements
     of accounts and related bank records, money, drafts, letters
     of credit, money orders and cashier's checks receipts,
     passbooks, bank checks, escrow documents, and other items

evidencing the obtaining, secreting, transfer, and/or concealment of assets and the obtaining, secreting, transferring, concealment, and/or expenditure of money.

E.    Electronic equipment such as pagers, computers, electronic organizers, facsimile machines, cellular telephones, caller ID, telephone answering machines, police scanners and two-way radios.

F.    United States currency, precious metals, coins bullion, jewelry, and financial instruments, including, but not limited to stocks and bonds.

G.    Photographs and/or photographic albums or video tapes and recordings of houses and other real estate, automobiles, and of other assets, persons, and/or controlled substances.

H.    Indicia of occupancy, residency, and/or ownership of the premises, and vehicles including, but not limited to utility and telephone bills, canceled envelopes, keys, deeds, tax bills, titles, vehicle registrations and documentation regarding storage units/lockers.

I.    Illegal drugs, including, but not limited to cocaine, heroin and other controlled substances, and other tools used in the drug trade, including, but not limited to, scales, vacuum sealers, packaging material, presses, razor blades and cutting agents.

J.    Firearms and ammunition.

K.   Any computers, cellular telephones, tablets or electronic devices that may contain the above-described documents or items in electronic format.

L.   Text messages, instant messages and the like that concern or relate to drug trafficking activity, including, but not limited to, sale prices, drug quantities, customers, sources of supply, or storage locations,